IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

LINDA W. ODELL,

        Plaintiff,

v.

ALBERT D. HEFLIN,

HENRY MORRIS BEYER,
trading as
Beyer Trucking,

ALEJANDRA A. MOORE,

and

EAGLE MOTOR FREIGHT, INC.,

        Defendants.

Civil Action No.
2:07cv464



## O R D E R

It appearing to the Court that this Personal Injury case was inadvertently filed in the Norfolk Division, rather than the Newport News Division of this Court.

It is hereby ORDERED that this action be, and it hereby is TRANSFERRED to the United States District Court for the Eastern District of Virginia, Newport News Division and assigned a Newport News case number.

/s/
Raymond A. Jackson
United States District Judge
UNITED STATES DISTRICT JUDGE

At Norfolk, Virginia
December ___, 2007